Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Attorney for Plaintiff*
*Novartis Pharmaceuticals Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of Centers for Medicare & Medicaid Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendants*. | Civil Action No. 23-14221<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Novartis Pharmaceuticals Corporation provides and undersigned counsel certifies the following:

Novartis Pharmaceuticals Corporation states that it is a direct, wholly owned subsidiary of Novartis Finance Corporation, a New York corporation; and that Novartis Pharmaceuticals Corporation is an indirect, wholly owned subsidiary of Novartis AG, a Swiss company.  No other publicly held corporation owns 10% or more of Novartis Pharmaceutical Corporation's stock.  Novartis AG ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Dated:  September 1, 2023

Respectfully submitted,

s/ *Gregory Mortenson*
Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.:  (212) 906-1200
Email: gregory.mortenson@lw.com

*Attorney for Plaintiff*
*Novartis Pharmaceuticals Corporation*