## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **NOVARTIS PHARMACEUTICALS CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA,** *in his official capacity as Secretary of Health and Human Services***; CHIQUITA BROOKS-LASURE,** *in her official capacity as Administrator of Centers for Medicare & Medicaid Services***; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES,**<br><br>Defendants. | Civil Action No. 23-cv-14221-(ZNQ) (DEA)<br><br>**ORDER** |

**QURAISHI, District Judge**

     **THIS MATTER** comes before the Court upon a Joint Motion to Set Briefing Schedule filed jointly by the parties (ECF No. 12).  For good cause shown,

     **IT IS** on this **27th** day of **October 2023,**

     **ORDERED** that the parties' Joint Motion to Set Briefing Schedule (ECF No. 12) is hereby **GRANTED**; and it is further

     **ORDERED** that the following schedule shall govern the proceedings in this case:

- **November 22, 2023**:  Plaintiff's motion for summary judgment, not to exceed 40 pages;

- **January 12, 2024**:  Defendants' combined opposition and cross-motion for summary judgment, not to exceed 40 pages;

- **February 9, 2024**:  Plaintiff's combined reply in support of its motion for summary judgment and opposition to Defendants' cross-motion for summary judgment, not to exceed 40 pages;

- **March 6, 2024**:  Defendants' reply in support of their cross-motion for summary judgment, not to exceed 25 pages; and it is further

**ORDERED** that in light of the protracted briefing schedule requested, the parties are to refrain from filing the moving, opposition, and reply papers on the docket; the parties are to instead serve their briefs on each other as set forth in the above schedule; and on the same day that briefing is complete, the parties shall file their respective briefs together with any notice of motion; and it is further

**ORDERED** that the parties need not file statements of material fact under Local Civil Rule 56.1(a); and it is further

**ORDERED** that Defendants need not file an Answer to the Complaint.


s/Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**