UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

NOVARTIS PHARMACEUTICALS CORPORATION,

        Plaintiff,

v.

XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,

        Defendants.

Case No. 3:23-cv-14221-ZNQ-DEA

## CONSENT ORDER

Upon consideration of the parties' joint request to modify the summary-judgment briefing schedule, it is hereby **ORDERED** that the request is **GRANTED**.

The following schedule shall govern further proceedings in this case:

- **January 12:** Defendants' combined opposition and cross-motion for summary judgment, not to exceed 60 pages

- **February 23:** Plaintiff's combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment, not to exceed 75 pages

- **March 27:** Defendants' reply in support of their cross-motion for summary judgment, not to exceed 45 pages

**SO ORDERED this 21st day of December 2023.**

_____
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE