UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.<br><br>　　　　　Defendants. | Case No. 3:23-CV-14221-ZNQ-DEA |

**DECLARATION OF DAVID A. SCHULZ IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

I, DAVID A. SCHULZ, of full age, certify as follows:

　　1.　　I am the director of the Media Freedom & Information Access Clinic at Yale Law School, counsel for *amicus curiae* Abrams Institute for Freedom of Expression, in the above-titled action. I submit this Declaration in support of my request for admission *pro hac* vice pursuant to Local Civil Rule 101.1(c).

　　2.　　My office address is Media Freedom & Information Access Clinic, 1675 Broadway, 19th Floor, New York, NY 10019.

　　3.　　I do not reside, maintain an office, or regularly practice law in New Jersey, and am not admitted to the bar of the Supreme Court of New Jersey. As such, I am not eligible for permanent admission to the Bar of this Court under Local Civil Rule 101.1(b).

4. I am a member in good standing of the following bars, admitted in the years show below:

| | |
|---|---|
| New York<br>First Judicial Department<br>27 Madison Ave.<br>New York NY 10010 | 1979 |
| District of Columbia<br>D.C. Court of Appeals, Room 123<br>430 E Street NW<br>Washington, DC 20001 | 1998 |
| Connecticut<br>State of Connecticut Judicial Branch<br>100 Washington Street, 1st Floor<br>Hartford, CT 06106 | 2018 |

5. I have never been subject to discipline by any court or governing body, and no disciplinary proceedings are pending against me in any jurisdiction.

6. I am familiar with the Local Civil Rules of the United States District Court for the District of New Jersey and will abide by those rules. I agree to be bound by the rules governing practice in the District of New Jersey, including the disciplinary rules. Upon admission, I will make a payment of $150 to the Clerk of the Court pursuant to Local Rule 101.1(c), and I will make the required payment to the New Jersey Lawyers' Fund for Client Protection as directed by New Jersey State Court Rule 1:28-2(a).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 1̲7̲, 2024

David A. Schulz