# GREEN SAVITS LLC

### EMPLOYEE RIGHTS ADVOCATES

Jon W. Green\*♦
Glen D. Savits\*⁺
Laura M. LoGiudice\*

\*Also Admitted in New York
⁺Also Admitted in North Carolina
♦ Certified by the Supreme Court of New Jersey
as a Civil Trial Attorney

Sara Kaplan-Khodorovsky\*
*Of Counsel*

January 22, 2024

**VIA ECF**
The Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey  08608

> Re:   **Novartis Pharmaceuticals Corporation v. Xavier Becerra, et al.**
> **Civil Action No.: 3:23-cv-14221-ZNQ-DEA**

Dear Judge Quraishi,

I am an attorney representing AARP in the above matter. Motions for *amici* to file briefs in the above matter were due on Friday, January 19, 2024. I was traveling last Friday and due to the snowstorm, my office was closed. I am therefore asking Your Honor to accept this motion for leave to appear as *amicus* with accompanying brief late (Doc. No.42). If a more formal motion is necessary, please have your chambers contact me and I will prepare one.

Thank you for your courtesies in this matter.

Respectfully,

*/s/ Glen D. Savits*

Glen D. Savits

cc:   All counsel of record (via ECF)

25B Vreeland Road, Suite 207 ● Florham Park, NJ 07932 ● Tel: (973) 695-7777 ● Fax: (973) 695-7788
www.greensavits.com