# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| *Plaintiff,* | Case No. 3:23-CV-14221-ZNQ-DEA |
| v. | |
| XAVIER BECERRA, *et al.*, | |
| *Defendants.* | |

## ORDER

Upon consideration of the motion (ECF No. 42) of AARP and AARP Foundation for leave to file an amici curiae brief supporting Defendants' opposition to Plaintiff's motion for summary judgment and supporting Defendants' cross-motion for summary judgment, and the full record before the Court,

IT IS HEREBY ORDERED that the motion [42] is GRANTED; AARP to file its proposed brief within three (3) days.

January 23, 2024

_____
UNITED STATES DISTRICT JUDGE