

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

March 18, 2024

**VIA ECF**
Hon. Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *Novo Nordisk Inc. v. Becerra*, No. 3:23-cv-20814-ZNQ-JBD
                *Novartis Pharmaceuticals Corp. v. Becerra*, No. 3:23-cv-14221-ZNQ-JBD

Dear Judge Quraishi:

    Defendants' reply briefs in support of their motions for summary judgment in the above-captioned cases are currently due on March 22, *Novo Nordisk* ECF No. 24, and March 27, *Novartis* ECF No. 20. Defendants respectfully submit that their arguments have been sufficiently developed in prior filings and at oral argument (in these cases, as well as in *Bristol Myers Squibb* and *Janssen*). Accordingly, Defendants waive their right to file summary-judgment reply briefs in *Novo Nordisk* and *Novartis*, and will stand on their prior submissions.

Dated: March 18, 2024                  Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                   Principal Deputy Assistant Attorney General

                                                    BRIAN D. NETTER
                                                    Deputy Assistant Attorney General

                                                    PHILIP R. SELLINGER
                                                    United States Attorney

                                                    MICHELLE R. BENNETT
                                                    Assistant Branch Director

                                                    */s/ Stephen M. Pezzi*
                                                    STEPHEN M. PEZZI
                                                    Senior Trial Counsel
                                                    CHRISTINE L. COOGLE
                                                    MICHAEL J. GAFFNEY
                                                    CASSANDRA M. SNYDER
                                                    ALEXANDER V. SVERDLOV
                                                    Trial Attorneys
                                                    United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*