UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, *et al.*,<br><br>Defendants. | Civil Action No. 23-14221 (ZNQ) (JBD)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Cross-Motions for Summary Judgment. Plaintiff Novartis Pharmaceuticals Corporation ("Plaintiff") filed a Motion for Summary Judgment. ("Plaintiff's Motion", ECF No. 18.) Defendants Xavier Becerra, Chiquita Brooks-Lasure, U.S. Department of Health & Human Services ("HHS"), and Centers for Medicare & Medicaid Services ("CMS") (collectively, "Defendants") filed a Cross-Motion for Summary Judgment. ("Defendants' Cross-Motion", ECF No. 24.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **18th** day of **October 2024,**

**ORDERED** that Plaintiff's Motion (ECF No. 18) is hereby **DENIED**; and it is further

**ORDERED** that Defendants' Cross-Motion (ECF No. 24) is hereby **GRANTED**; and it is further

**ORDERED** that **JUDGMENT** is hereby entered for Defendants and against Plaintiff as to all claims; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**