Adam S. Ravin (NJ Bar No. 047591995)
Samir Deger-Sen (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: adam.ravin@lw.com
Email: samir.deger-sen@lw.com

Daniel Meron (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Email: daniel.meron@lw.com

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      *Plaintiff*,<br><br>  v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services et al.,<br><br>      *Defendants*. | Case No. 3:23-cv-14221-ZNQ-JBD<br><br>Hon. Zahid N. Quraishi<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B), Plaintiff Novartis Pharmaceuticals Corporation hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered on October 18, 2024. *See* ECF No. 79 (Opinion); ECF No. 80 (Order).

Dated: October 21, 2024

Respectfully submitted,

s/ *Adam S. Ravin*
Adam S. Ravin
Samir Deger-Sen (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: adam.ravin@lw.com
Email: samir.deger-sen@lw.com

Daniel Meron (*pro hac vice*)
Cherish A. Drain (*pro hac vice*)
Graham B. Haviland (*pro hac vice*)
Christina R. Gay (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Email: daniel.meron@lw.com
Email: cherish.drain@lw.com
Email: graham.haviland@lw.com
Email: christina.gay@lw.com

*Attorneys for Novartis Pharmaceuticals Corporation*

2

Adam S. Ravin (NJ Bar No. 047591995)
Samir Deger-Sen (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: adam.ravin@lw.com
Email: samir.deger-sen@lw.com

Daniel Meron (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Email: daniel.meron@lw.com

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services et al.,<br><br>               *Defendants*. | Case No. 3:23-cv-14221-ZNQ-JBD<br><br>**CERTIFICATE OF SERVICE** |

I, Adam S. Ravin, hereby certify that:

1. I am a counsel of the law firm Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, counsel to Plaintiff Novartis Pharmaceuticals Corporation in the above captioned matter. I am admitted to the Bar of the State of New Jersey and of this Court.

2. On October 21, 2024, I caused a copy of the foregoing Notice of Appeal to be filed via the Court's CM/ECF system, which caused electronic notification upon all counsel of record.

Dated: October 21, 2024                             s/ *Adam S. Ravin*
                                                    Adam S. Ravin