UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2968
_____

NOVARTIS PHARMACEUTICALS CORP.,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ADMINISTRATOR CENTERS FOR MEDICARE & MEDICAID SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES; SECRETARY UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY; COMMISSIONER INTERNAL REVENUE SERVICE; INTERNAL REVENUE SERVICE
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-14221)
District Judge: Honorable Zahid N. Quraishi
_____

Argued on April 8, 2025

Before: HARDIMAN, PHIPPS, and FREEMAN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on April 8, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered on October 18, 2024, is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 11, 2025